ALEX G. TSE, CSBN 152348
Acting United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER, WISBN 1034148
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIA STEWART,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:17-cv-3586-JCS<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by and between Demetria Stewart (Plaintiff) and Nancy A. Berryhill (Defendant) through their respective counsel of record, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will ensure that Plaintiff's claim is analyzed under the applicable regulatory requirements. On remand, the Appeals Council will direct the ALJ to affirm the favorable portion of the hearing decision and instruct the Administrative Law Judge (ALJ) to conduct further proceedings to ascertain whether medical improvement occurred. The ALJ will offer the claimant a supplemental hearing and issue a new decision.

Stipulation to Remand, 3:17-cv-3586-JCS

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

```
                                        Respectfully submitted,
                                        ALEX TSE
                                        Acting United States Attorney


Dated: April 20, 2018           By:     /s/ Elizabeth Firer
                                        ELIZABETH FIRER
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

Of Counsel:
CAROL S. CLARK
Assistant Regional Counsel, SSA


Dated: April 20, 2018           By:     /s/ Joanna Parnes*
                                        JOANNA PARNES
                                        Bay Area Legal Aid
                                        Attorney for Plaintiff
                                        *(Authorized via email April 20, 2018)
```

## ORDER

IT IS SO ORDERED.

DATED: April 25, 2018           BY: _____
                                    HON. JOSEPH C. SPERO
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Remand, 3:17-cv-3586-JCS